## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## YOUNGSTOWN DIVISION

FILED
U.S. BANKRUPTCY COURT
2010 JUL 22 PH 12: 36
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

In the matter of

**GUY A. ALBRECHT**
**KIMBERLY A. ALBRECHT**

Debtor(s)

Case No. **01-43887-KW**

Chapter 7

Judge **KAY WOODS**

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

## TO THE CLERK OF THE COURT

The attached check in the amount of $10.39_____ represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| SHELAR RICHARD C ESQ | 1 | $0.28 |
| MATTHEW C GIANNINI ESQ | 2 | $2.22 |
| RAY S UPHOLSTERY | 3 | $0.09 |
| AMERICAN EXPRESS TRAVEL RELATED SVCS | 4 | $0.03 |
| KAUFMANN S | 6 | $0.02 |
| SEARS | 7 | $0.02 |
| DISCOVER FINANCIAL SERVICES | 9 | $0.49 |
| WELLS FARGO | 10 | $1.69 |
| ADVANTA BUSINESS CARD | 11 | $0.55 |
| HOUSEHOLD BANK AND ITS ASSIGNS | 12 | $0.24 |
| FIRST CONSUMERS NATIONAL BANK | 14 | $0.01 |
| CACV INC | 16 | $0.39 |
| CITIBANK CHOICE | 17 | $1.00 |
| CITIBANK CHOICE | 19 | $0.26 |
| RJ ANTHONY CPA | 20 | $0.01 |
| OHIO EDISON | 21 | $0.11 |
| BOARDMAN PLAZA | 23 | $2.98 |

Total Unclaimed/ Small Dividends
$25.00 or under

$10.39

Total Unclaimed Dividends Over
$25.00                                               $0.00

Dated:     7/20/2010                    /s/ ANDREW W. SUHAR
                                        ANDREW W. SUHAR, Trustee, Reg. No. 0058419
                                        29 E. FRONT STREET, P.O. BOX 1497
                                        YOUNGSTOWN, OH 44501
                                        Telephone: (330) 744-9007
                                        Facsimile: (330) 744-5857